UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVIDSON LEWIS (#331663)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 13-664-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated October 10, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, October 29, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA